371 A.2d 249

Sinor, Appellant, v. United Engineers &
Constructors, Inc., et al.

Argued June 15, 1976.   Joseph Lurie, for appellant; William V. Coleman, with him Liebert, Short, Fitzpatrick & Lavin, for appellees.

618

OPINION PER CURIAM: The certification of this matter, under § 211.501 of the Appellate Court Jurisdiction Act (Act of July 31, 1970, P.L. 673, No. 223, 17 P.S. § 211.501), is declined by this Court.

The appeal is quashed and the matter is remanded to the court below.